# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY BARRIOS, <br> Petitioner <br> v. <br> RAYMOND MADDEN, <br> Respondent. | Case No. CV 15-9844-JLS (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: March 8, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE